IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARMOD RASHAD JAHMAL BOSWELL, a.k.a., Armond Boswell, Plaintiff, v. JUSTIN T. MIMS, Defendant. | CIVIL ACTION NO. 2:18-cv-716-ALB |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge entered August 22, 2019. (Doc. 24). There being no timely objection filed to the Recommendation, and based on an independent review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This action is DISMISSED without prejudice.

A Final Judgment will be entered separately.

**DONE** and **ORDERED** this 27th day of September 2019.

                        /s/ Andrew L. Brasher
                        ANDREW L. BRASHER
                        UNITED STATES DISTRICT JUDGE